IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv248

| | | |
|---|---|---|
| AMERICAN'S LIVING CENTERS - WNC, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| HELEN CHRISTY YARBOROUGH, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff brought this action in the Superior Court of Buncombe County in March 2010. Subsequently, on September 23, 2011, the Federal Deposit Insurance Corporation ("FDIC") removed the case to this Court. On January 13, 2012, the Court entered an Order setting a status conference in this case for January 27, 2012. Three days prior to the hearing, the attorney for the FDIC moves to appear by telephone at the conference. The FDIC removed this case to this Court. If the FDIC is going to invoke the jurisdiction of this Court in a matter such as this, its attorneys can appear in person at a Court ordered status conference. Accordingly, the Court **DENIES** the motion [# 10].

Signed: January 25, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge