IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-CV-248

AMERICA'S LIVING CENTERS-WNC, LLC,
    Plaintiff,

VS.

HELEN CHRISTY YARBOROUGH,
CHRYSTAL RAMSEUR JARRET,
RONYA FAKHOURY BANKS,
THE FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for the
BANK OF ASHEVILLE,
    Defendants.

---

**ORDER FOR DEFAULT JUDGMENT**

---

**THIS MATTER** is before the Court on the Plaintiff's motion for entry of Default Judgment. **See Motion for Default Judgment filed May 14, 2012.** Entry of Default has been duly entered by the Clerk. **See Order of Default, filed March 1, 2012.**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED JUDGMENT** in favor of Plaintiff, AMERICA'S LIVING CENTERS-WNC, LLC and against Defendant, HELEN CHRISTY YARBOROUGH for the sum of EIGHTY TWO THOUSAND FOUR HUNDRED SEVENTY FOUR DOLLARS AND TWENTY ONE CENTS ($82,474.21)**.**

Signed: June 12, 2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court